# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON KAY,

    **Plaintiff,**

v.

INDIVIDUAL DEFENDANTS, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS,

    **Defendants.**

Case No. 22-cv-3033-RJD

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

    This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 32) recommending that Plaintiff's Motion for Preliminary Injunction be granted (Doc. 6). No objections have been filed to the Report. For the following reasons, the Report and Recommendation is **ADOPTED**.

    When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

On May 12, 2023, Judge Daly conducted an evidentiary hearing and found that Plaintiff owns several valid and registered trademarks on the Principal Register of the United States Patent and Trademark Office, which are used in connection with the design, marketing, and distribution of goods. Plaintiff further provided sufficient evidence for the Court to conclude that each defendant infringed on at least one of the aforementioned trademarks.

This Court finds no clear error in Judge Daly's findings, analysis and conclusions, and adopts her Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Preliminary Injunction is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:  May 30, 2023**

*s/ Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**